No. 11–432. RALEY, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF C. G. ET AL., MINOR CHILDREN v. HYUNDAI MOTOR CO., LTD., ET AL.  C. A. 10th Cir.  Certiorari denied. ▮

No. 11–450.  SNIDER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 11–453.  PLETCHER v. ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 11–458.  PURNELL v. HENRY.  C. A. 4th Cir.  Certiorari denied. ▮

No. 11–467.  NANCY SUE DAVIS TRUST v. EVERCORE CAPITAL PARTNERS II, L. L. C., ET AL.  C. A. 5th Cir.  Certiorari denied. ▮

No. 11–468.  BENAS v. BACA ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 11–478.  RISK ET UX. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–485.  PRICE v. THURMER, WARDEN.  C. A. 7th Cir.  Certiorari denied. ▮

No. 11–488.  HENLEY v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied. ▮

No. 11–500.  FITZGERALD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 11–514.  QUINTO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–538.  WHITLEY v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied. ▮

No. 11–5129.  TACKETT v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.